UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-21824-DPG

JENNIFER ESCOBAR,

     Plaintiff,

v.

BORINQUEN HEALTH CARE CENTER,
INC.,

     Defendant.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

     Plaintiff, by and through undersigned counsel, hereby files this Notice of Settlement, informing the Court that this matter has been resolved, and advising that the parties will submit the appropriate settlement documents once prepared.

Dated:  January 24, 2022          Respectfully submitted,

          s/Jonathan S. Minick_____
          Jonathan S. Minick, Esq.
          FBN:  88743
          E-mail:  jminick@jsmlawpa.com
          Jonathan S. Minick, P.A.
          169 E. Flagler St., Suite 1600
          Miami, Florida 33131
          Phone: (786) 441-8909
          Facsimile: (786) 523-0610
          Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2022, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## SERVICE LIST

BARRY A. POSTMAN
Florida Bar No.: 991856
HALEY N. KORNFIELD
Florida Bar No.: 111580
COLE, SCOTT & KISSANE, P.A.
Counsel for Defendant
Cole, Scott & Kissane Building
9150 South Dadeland Boulevard, Suite 1400
P.O. Box 569015
Miami, Florida 33256
Telephone (561) 383-9234
Facsimile (305) 373-2294
Primary e-mail: barry.postman@csklegal.com
Secondary e-mail: haley.kornfield@csklegal.com
Alternate e-mail: danise.townsend@csklegal.com
Counsel for Defendant
Service via CM/ECF